# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RENEW MY HEALTHCARE, LLC | § | |
| | § | |
| v. | § | CASE NO. 4:15-CV-681 |
| | § | (Judge Mazzant/Judge Nowak) |
| CHASE MARKETING | § | |

## MEMORANDUM ADOPTING REPORT AND
## <u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 25, 2015, the report of the Magistrate Judge (Dkt. #12) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. #9) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Renew My Healthcare, LLC's Motion to Remand (Dkt. #9) is **GRANTED**, and Plaintiff's case is hereby remanded to the 362nd District Court, Denton County, Texas.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of December, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE